LINK: JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-4082 GAF (JCGx) | Date | March 28, 2014 |
|---|---|---|---|
| Title | GRICELA GUZMAN v. METROPOLITAN LIFE INSURANCE COMPANY, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Stephen Montes | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** (In Chambers)

A Notice of Settlement was filed on January 21, 2014 [Docket Entry #25].

On January 23, 2014 , the Court issued a Text Only Entry ordering the parties to file a Stipulation and Proposed Order Dismissing the action on or before February 28, 2014 or, in the alternative a Joint Status Report.

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal and/or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

|   | : |
|---|---|
| Initials of Preparer | SMO |